

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellee-s

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

The appellant's reply brief was originally due to be filed on October 30, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the reply brief to December 2, 2019. On November 20, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until December 20, 2019. The motion is GRANTED. The appellant's reply brief must be filed by or before December 20, 2019.

It is so **ORDERED** on this 25th day of November, 2019.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court